IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:00-CR-110-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GIDEON X. MELVIN | ) | |

This matter is before the Court following grant of defendant's petition pursuant to 28 U.S.C. § 2241 and vacatur of his criminal sentence. *See Melvin v. Hollembaek*, No. 5:16-HC-2292-BO (E.D.N.C. June 8, 2017). Defendant having previously demonstrated eligibility for appointment of counsel at government expense, the Office of the Federal Public Defender is directed to provide representation in this action. This matter will be set for resentencing by separate notice following appearance of counsel on behalf of defendant.

SO ORDERED, this 22 day of June, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE